**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| STEVEN CRAWFORD, | : | |
| Petitioner, | : | |
| | | Case No. 3:10cv00035 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| WARDEN, Chillicothe Correctional Institution, | : | |
| Respondent. | : | |

**DECISION AND ENTRY**

The Court has conducted a _de novo_ review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 10, 2010 (Doc. #9) is ADOPTED in full;

2. Steven Crawford's Petition for Writ of Habeas Corpus (Doc. #2 ) is DENIED;

3. A certificate of appealability under 28 U.S.C. § 2253(c) shall not issue, and

4. The case is terminated on the docket of this Court.

October 12, 2010                                                *s/THOMAS M. ROSE*

                                                                            Thomas M. Rose
                                                                   United States District Judge